IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| TERESA P. JOHNSON, | ) | Case No. 10-23633-NVA |
| | ) | (Chapter 11) |
| Debtor. | ) | |
| US BANK TRUST NATIONAL ASSOCIATION, as trustee of THE IGLOO SERIES II TRUST, | ) ) ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TERESA P. JOHNSON, | ) | |
| | ) | |
| Respondent. | ) | |

**OPPOSITION TO MOTION FOR
RELIEF FROM THE AUTOMATIC STAY**

Debtor Teresa P. Johnson ("Debtor"), by her attorney, James C. Olson, opposes the Motion for Relief from the Automatic Stay (Real Property Located at 700 Kevin Road, Baltimore, MD 21229) (the "Motion"), filed by US Bank Trust National Association, as Trustee of the Igloo Series II Trust ("Movant"), and answers the allegations of the Motion as follows:

1. Admits the allegations contained in paragraphs 1, 2, 3 and 4 of the Motion.

2. Denies the allegations contained in paragraphs 6, 7, 8, 11 and12 of the Motion.

3. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 5 and 9 of the Motion.

4. With respect to paragraph 10 of the Motion, admits that a document purporting to be a payment history is attached, but denies the accuracy of the information contained in that document.

WHEREFORE, the Debtor respectfully requests that this Court enter an order denying the Motion.

Dated: May 23, 2018

                                                              */s/  James C. Olson*  .
                                                              James C. Olson (07973)
                                                              10451 Mill Run Circle
                                                              Suite 400
                                                              Owings Mills, MD 21117
                                                              (410) 356-8852
                                                              jolson@jamesolsonattorney.com

                                                              Attorney for Debtor

06387

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this May 23, 2018, a copy of the foregoing Opposition to Motion for Relief from the Automatic Stay was served electronically to those parties on the court's CM/ECF notice list.

                                                              */s/ James C. Olson* .
                                                              James C. Olson