
✓ RETAIN

**Nancy V. Alquist , U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: Y / *N*
Exhibits Filed: *Y* / N

PROCEEDING MEMO - CHAPTER 11

Date: 01/22/2019   Time: 10:00

CASE: 10-23633 ✓ **Teresa P Johnson**

✓ James C. Olson representing Teresa P Johnson (Debtor)
Gerard R. Vetter and Katherine A. (UST) Levin representing US Trustee - Baltimore 11 (U.S. Trustee)

[277] Amended Motion for Relief from Automatic Stay Re: 3604 Cameron Court, Ellicott City, MD 21042 Filed by BSI Financial Services, Inc. (related document(s) 4 Notice of Motion) (Brady, Erin) Modified on 2/16/2018 (Hegerle, Robert)

*Shannon Menapace and Shirley Palumbo*

**MOVANT** : ~~BSI Financial Services, Inc. BY R Assam E~~ Shaffer S Menapace

[282] Response on behalf of Teresa P Johnson Filed by James C. Olson (related document(s) 277 Amended Motion filed by Creditor BSI Financial Services, Inc.).

[330] Notice of filing of updated payment history Filed by BSI Financial Services (related document(s) 1 Payment History)

**MOVANT** : BSI Financial Services BY S Menapace S Palumbo

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

Other_____

Confirmed_____ as modified by _____

Denied Confirmation_____ with leave to amend by_____

Other *[277] settlement placed on record by Ms. Palumbo. Settlement includes the dismissal w/o prejudice of recently-filed motion to dismiss [331].*

DISPOSITIONS:

Granted____ Denied____ Withdrawn____ (Consent)____ Default___ Under Adv.___

Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

Continued to: _____

DECISION:  *Ms. Palumbo to draft and upload order after it has been shared with Mr. Olson.*

[ ] Signed by Court        [ ] Filed by Counsel

[ ] To be prepared by:
    [ ] Movant's counsel        [ ] Court
    [ ] Respondent's counsel   [ ] Other _____.

NOTES: